01/2012

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE: )
    Tonie A. Hinton )  Case No. 14-05985
)  Chapter 13
)
Debtor(s) )

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re:    Amended Schedule G, Amended Schedule H, Amended Statement of Financial Affairs, Amended Plan.
    (Specify Document)

I (We), **Tonie A. Hinton** and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the **above listed schedules, statement and Plan** being filed simultaneously with this Declaration and that the information therein is true and correct.

Tonie A. Hinton
Printed or Typed Name of Debtor or Other Person

*[signature]*
Signature of Debtor or Other Person

April 29, 2014
Date

    Printed or Typed Name of Joint Debtor

    Signature of Joint Debtor

    Date